**COMPLAINT**

1:18 CV 515

J. BARRETT
M.J. LITKOVITZ

Dr. Tressa R. Glover, formerly Parker, United States Government Plaintiff, was defrauded extensively and repeatedly, and then stolen from again September 2015 by Cubesmart Storage.

CubeSmart Storage did commit Insurance Breach of Contract, Conversions of Negotiable Instruments Submitted for Monthly Storage Payments to Personal Usages, Financial Institution Fraud, Misappropriation of Funds, Money Laundering, Made a False Record to the Customer With The Intent to Deceive, etc.

Cubesmart Storage breached the insurance contract, stole monthly storage payments, misappropriated payments beginning March 2015, throughout, and stole the entire storage unit contents.

Cubesmart Storage had a history of intentionally misappropriating payments, and other crimes, and their criminal history was noticed previously during the year 2014 throughout.

Cubesmart Storage was informed October 2015 that the contents of storage unit number 60 contents would be removed in its entirety and the business with Cubesmart would end, of which Cubesmart Storage obstructed the Customer's access to the storage unit through the present date.

The postcard annual notices of rental cost increases were the only notices ever received December 2013 through October 2015.

The CubeSmart Storage monthly rental fee increased June 2014 from $55 per month to $65 per month.

The Cubesmart Storage monthly rental fee increased June 2015 from $65 per month to $75 per month. CubeSmart Storage's issued a fraudulent March 2015 through October 2015 customer account statement, and refused to correct the customer account history.

The customer's account was paid in full each month, and the proof for the history for the period of discrepancy beginning March 2015 through October 2015, along with all applicable late fees if necessary, are attached, and as follows:

1). (January 2015 Bank of America Electronic Funds Transfer via Manager Kenny Davis over the telephone.)

2). (February 2015 Bank of America Electronic Funds Transfer via General Manger Debbie Gunter over the telephone.)

3). March 18, 2015 Bank of America Money Order 1107500802 attached.

4). April 17, 2015 Bank of America Money Order 0851700598 attached.

5). May 13, 2015 Bank of America Money Order 0925200957 attached.

6). June 22, 2015 Bank of America Money Order 0791702108 attached. Monthly fee increased $10.

7). July 22, 2015 Bank of America Money Order 1107501084 attached.

8). August 21,2015 Bank of America Money Order 0892902169 attached.

RECEIVED

JUL 26 2018

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

9). September 2015 PNC Bank Counter Check for New Bill Paying Bank Account attached.

10). October 2015 PNC Counter Check for New Bill Paying Bank Account attached.

On Thu, 10/29/15, Dr. Tressa R. Glover, formerly Parker wrote:
From: Dr. Tressa R. Glover, formerly Parker
Subject: October 29, 2015, PNC Bank, India Hook Road, Rock Hill, SC, at Present. PNC Bank
Representative Mr. Daniel Ballard verified that American Storage has not deposited my October 15, 2015
PNC bank check, and is illegally holding the check.
To: "preet.bharara" >, Rcloud@pncbank.com,smcray@pncbank.com, "karl.metzner" >,
"daniel.goldman" >, "INTERNAL.AFFAIRS" >, "nicholas.lewin" >, "JROBERTS" >, "CVASIL" >,
"CHIGGINS" >, "Darrell.Sheffield" >, "JACKLAW" >, "don.lemon" >, "sanjay.gupta" >,
"Brendan.McGuire" >, "AUDIT" >, "AUDIT" >, "AUDIT" >, "ig" >, "IG" >, Daniel.Ballard@pncbank.com
Cc: store6408@cubesmart.com
Date: Thursday, October 29, 2015, 5:02 PM
October 29, 2015, PNC Bank, India Hook Road, Rock Hill, SC, at Present.
PNC Bank Representative Mr. Daniel Ballard verified that American Storage has not deposited my
October 15, 2015 PNC bank check, and is illegally holding the check.

STATUTORY SCHEME:

Cube Smart Storages' operators, investors, and Great American Insurance Company, insurance broker,
violated the Unfair Competition Law (UCL) and Consumer Legal Remedies Act (CLRA), by exposing
customers and vital information to hardcore criminal employees and their networks of criminals and
criminal activities.

Cube Smart Storages' operators, investors, and Great American Insurance Company, insurance broker,
violated the Unfair Competition Law (UCL) and Consumer Legal Remedies Act (CLRA) negligent
misrepresentation, and civil conspiracy, alleging that the storage unit protection plan was a licensed and
legal insurance policy.

Cube Smart Storages' operators, investors, and Great American Insurance Company, insurance broker,
are also being sued for engaging in the unfair, unlawful, and deceptive sale of unlicensed insurance in
conjunction with the rental of a storage unit.

I am also demanding an additional $44 million dollars settlement, plus any and all necessary additional
court costs, administrative fees, travel costs, attorneys costs, etc.

STATEMENT OF THE CASE:

Dr. Tressa R. Glover, formerly Parker, United States Government Plaintiff, was defrauded extensively and
repeatedly, and then stolen from again September 2015 by Cubesmart Storage.

CubeSmart Storage did commit Financial Institution Fraud, Misappropriation of Funds, Money Launderings, Embezzlements, Made False Records to the Customer With The Intent to Deceive, etc. Cubesmart Storage misappropriated payments beginning March 2015, throughout.
Cubesmart Storage had a history of intentionally misappropriating payments, and other crimes, and their criminal history was noticed previously during the year 2014 throughout.

Cubesmart Storage was informed October 2015 that the contents of storage unit number 60 contents would be removed in its entirety and the business with Cubesmart would end, of which Cubesmart Storage obstructed the Customer's access to the storage unit through the present date.
November 2015 - CubeSmart Storage District Manager Jose Negron criminally conspired and continued the frauds, forgeries, embezzlements, immigration crimes, bribes, electronic, wire, bank, identity and mail frauds and thefts, and falsifications by CubeSmart Storage Manager Debbie Gunter.
December 2016 - Great American Insurance Company Vice President of the Alternative Market Division lied and said that he did not handle these types of claims, and that he was not the supervisor of the Claims Representative J. Ray Clolinger.

As per the Great American Insurance Company's website, Tom Maloney is listed as the VP of the Crime Claims Division.

Tom Maloney did not disclose, and refused to disclose the supervisor of GAIG Claim Representative Nicole Napier who assigned Claim Representative J. Ray Clolinger.

January 2017 - Great American Insurance Company Claims Representative J. Ray Clolinger lied and said the payments were received through August 2015.

February 28, 2017 - Great American Insurance Company called a Chicago, Illinois resident and immediate family member, a nonauthorized individual whose vital and telephone information was not ever provided to GAIG or CubeSmart Storage Company, and relayed threatening information, including threatening to kill the customer, threatening to wrongfully imprison, and other very violent volatile obscene harassing threats if GAIG or Cubesmart Storage Company were ever contacted again.
February 28, 2017 - Great American Insurance Company Representative Rick Lane lied and said the insurance did not cover water damage and lied that the claim was denied June 2016, and made illegal threats regarding the usage of the following revelant Federal Press Releases and media reported additional criminal activities by Cubesmart Storage Company Manager Debbie Gunter.
December 2013 to the Present Customer of American Storage/CubeSmart Storage, insured by Bader Insurance Company, and later insured by Great American Insurance Company.

American Storage/CubeSmart Storage Unit Number 60 was Stolen by CubeSmart.

American Storage/CubeSmart Storage Customer was Financially Defrauded by CubeSmart.

American Stoarge/CubeSmart Storage was Flooded and was Destroyed During the October 4, 2015 Flood Entirely.

November 2014, October 2015, and November 2015 Access to the Storage Unit was Wrongfully and Illegally Denied by American Storage/CubeSmart.

American Storage/CubeSmart Storage illegally locked the storage unit, illegally accessed the storage unit, hazardously contaminated the storage unit, impersonated, sold, stole and forged contents from the storage, and many other crimes.

Great American Insurance Company did not provide the proper Claims Forms.

Great American Insurance Company only provided the two page excel spreadsheet to list the items, the items place of purchase, the items age, the items value at purchase, and the items replacement value, totaling $44 million dollars insurance settlement for storage financial frauds, storage thefts, electronic, wire, identity, bank frauds, harassments, deceit, etc., that is owed to the Customer at present. Additional fees and costs will also be assessed by the United States Attorneys Offices, United States Federal Courts, etc.

December 2013 to the Present Customer of American Storage/CubeSmart Storage, insured by Bader Insurance Company, and later insured by Great American Insurance Company.

American Storage did not notify the customer of the change if name of the business.

CubeSmart Storage did not notify the customer of the change of name of the business.

American Storage did not notify the customer of the change of the insurance company from Bob Bader

Insurance Company to Great American Insurance Company.

CubeSmart Storage Company did not notify the customer of the change of the insurance company from Bob Bader Insurance Company to Great American Insurance Company.

American Storage/CubeSmart Storage Unit Number 60 was Stolen by CubeSmart.

Greater American Insurance Company coverage include theft.

American Stoarge/CubeSmart Storage was Flooded and was Destroyed During the October 4, 2015 Flood Entirely.

Greater American Insurance Company coverage include water damage.

American Storage/CubeSmart Storage Customer was Financially Defrauded by CubeSmart.

Greater American Insurance Company coverage include fraud by employees.

October 29, 2015 - CubeSmart Storage Manager Debbie Gunter lied, forged and falsifed the Customer's statement of account to reflect missing payments, fraudulent payments of .28 cents, .32 cents, and other criminal acts and offenses.

The Lexington County Sheriff Department Information Technology Department employee Lindsey Nicole Lee was responsible for the online police reports system was found dead on Tuesday, March 14, 2017, in her home by a locksmith, located at the 200 block of Haleywood Lane in West Columbia, South Carolina.

November 2014, October 2015, and November 2015 Access to the Storage Unit was Wrongfully and Illegally Denied by American Storage/CubeSmart.

American Storage/CubeSmart Storage illegally locked the storage unit, illegally accessed the storage unit, hazardously contaminated the storage unit, impersonated, sold, stole and forged contents from the storage, and many other crimes.

Great American Insurance Company did not provide the proper Claims Forms, nor come on-site to conduct the proper investigation.

Great American Insurance Company only provided the two page excel spreadsheet to list the items, the items place of purchase, the items age, the items value at purchase, and the items replacement value, totaling $44 million dollars insurance settlement for storage financial frauds, storage thefts, electronic, wire, identity, bank frauds, harassments, deceit, etc., that is owed to the Customer at present. Additional fees and costs will also be assessed by the United States Attorneys Offices, United States Federal Courts, etc.

Cubesmart Storage issued a fraudulent account statement November 14, 2014, was sued, and was made to correct the account history.

Cubesmart Storage issued a fraudulent account statement on October 18, 2015, for the period of March 2015 through October 2015, and is presently being sued for the entire value of the storage content. Great American Insurance Company, and American Financial Group, Inc. do not have qualified employees. The employees do not have a formal education, are under-educated, and cannot communicate effectively in writing or over the telephone, forge and falsify documents, etc., are unable to satisfactorily manage investigations, settle claims, etc. These employees are likely to commit very serious crimes, and serve extensive sentences.

Monday, February 28, 2017, Chicago, Illinois: Great American Insurance Company did violate the Federal Order of Restraint issued against CubeSmart Storage by calling, threatening, harassing, lieing, intimidating, violence, and other criminal acts and criminal offenses.

Saturday, December 21, 2013  - Original Reservation

-------- Original Message --------

Subject: Your CubeSmart Reservation Confirmation

From: salescenter@cubesmart.com

To: tressarglover@yahoo.com

Hello Tressa Glover,

Thank you for your reservation. We look forward to serving you! You will receive a courtesy call from your store manager within 24 hours to answer any questions you may have. Your move-in date is scheduled for 12/21/2013 . If you need assistance before your move-in, please call (803)731-9939 or visit your store manager in person (store hours below).

We are here to help!

Pick up professional-grade packing supplies at your store; they are guaranteed to help you pack like a pro! For access to our expert advice and award-winning Customer Service Team, join us now on Facebook & Twitter.

Your Reservation Details

Confirmation Number: 1001735011

Date Reserved: 01/01/0001 12:00 AM

Move-In Date: 12/21/2013

Account Information:

Tressa Glover

Account ID: 1001735011

Email: tressarglover@yahoo.com

Phone: (202) ***-****

Space Reserved:

10X10 Storage Unit

-Non-climate controlled

-Downstairs / 1st Floor inside / Normal


First Month Free $44.25

Insurance Fee $10

One-Time Administrative Fee*: $18.00

Total Due at Move-In*: $18.00

Your Facility Information

1339 Garner Lane

 Phone: (803)731-9939

Email: STORE6408@CUBESMART.COM

 Office & Service Hours:

Monday-Friday: 09:30AM-06:00PM

Saturday: 08:30AM-05:00PM


Monday-Sunday: 07:00AM-09:00PM

*You are responsible for the items you store at CubeSmart and insurance on those items is required. We offer affordable insurance options at the facility. Pricing and rate information does not include the cost of a lock, insurance or any applicable taxes. Taxes vary by state and facility. A one-time administrative fee of $18.00 will be due at move-in.

Promotions cannot be combined with other offers, discounts or promotions. *See our Promotion Terms and Conditions page for full details.

From: Clolinger, Ray jclolinger@gaig.com >
To: Ms. Tressa R. Glover, Ph.D., formerly Parker
Claim Document
 11/17/15 at 2:14 PM
PLEASE CONFIRM RECEIPT OF THIS EMAIL
POLICY: 3392289
DOL: 10/29/2015
Customer: Tressa Glover
CLAIM: 897503955
Dear Ms. Tressa:
We acknowledge receipt of the above referenced theft claim. We also note that there also appears to be a water claim being pursued. We are in the process of setting up a second claim number for that water claim. We are sending this by email as we were not provided your phone number at the time the matter was reported.
***Please provide the following for the theft claim so that we can complete our investigation:
Address of the storage facility.
The name and address of the storage facility are as follows,
CubeSmart Storage, formerly known as American Storage, 1339 Garner Lane, Columbia, South Carolina 29210.
Your storage unit number.
As per the December 2013 original contract, it is storage unit number 60.

Confirm your address and phone number. My complete mailing address is as follows,

Mr. A. Ryan Parker, PHR, Power of Attorney, and Ms. A. Renata Parker, Power of Attorney for Ms. Tressa R. Glover Parker, Ph.D.
MAILING ADDRESS: Post Office Box 2552
West Columbia, SC 29171

TELEPIIONE NUMBER: DO NOT CALL.


Provide the date of loss.
The date that the loss was discovered was on October 29, 2015 while at the PNC Bank of Rock Hill, South Carolina. See page 3 for the complete details.

Provide the approximate time of loss if known.
The approximate time that the loss was discovered was 5 o'clock pm.

Who is named on the lease?
The lease is held individually as Dr. Tressa R. Glover, formerly Parker.
See the attached original contract.

When did you rent the unit and purchase the insurance?
The lease began Saturday, December 21, 2013.

Who was the last person to enter the storage unit prior to the theft? How long ago did this occur and what was observed?

The last person to enter Storage Unit 60 with permission, via the use of the key, was a mover by the name

of Charlie Kimpson during the year 2014.

The storage unit's contents were observed, and had to be shifted to accommodate a few additional valuable items that were being added.

The storage unit 60 did not have adequate lighting, pest control, etc.
The mover, Charlie Kimpson, was escorted inside of the gate, to storage unit 60, and then he remained to complete the job.

What was the method of entry into the unit? Was there forced entry? Lock broken? Hasp broken? Door damaged or broken? Picked lock?
The method of entry during the year 2014 that the mover, Charlie Kimpson, used was the key.

Was there surveillance and if so what did it reveal?
The customer's original contract does not mention surveillance.

Was the loss reported to the police? What investigation was conducted by the police and what is the current status of their investigation?
Once discovering CubeSmart Storage employees' financial frauds, and the loss were reported via electronic communications to four civilian law enforcement agencies.
Due to the confidentiality of the storage content, the value of the storage contents, and the complexity of the financial frauds, thefts, loss, and environmental loss, the case(s) will be handled by Federal authorities.

Have there been other burglaries in the area? What was taken?
Other burglaries in the area, and actions taken are non applicable, irrevelant, and are not known.
Do you currently have any suspects? Please explain why you suspect these individuals.
The suspects are the proven criminal CubeSmart Storage employees, and the proven criminal employees of GAIG.
The CubeSmart Storage employees illegally defrauded the customer's account for the period of March 2015 through October 2015 as per their statement.
The CubeSmart Storage employees wrongfully prevented access inside of the main gate to get to the storage unit.

Describe the type of lock on the unit at the time of loss. Pad lock? Disc lock? Combination lock?
The type of lock that was installed on the storage unit at the time if the loss was a disc lock with keyed entry access.
·      Provide photos documenting the method of entry into the unit, any forced entry such as broken lock, latch or door damage.

The entire unit was inaccessible.
·Provide the police report and if not available provide the police incident report number so we can order the report.

The Lexington County Sheriff Department Information Technology Department employee, Lindsey Nicole Lee, who was responsible for the online police reports system, was found murdered via a sharp object on Tuesday, March 14, 2017, in her home located at the 200 block of Haleywood Lane in West Columbia, South Carolina.
The police departments are not qualified to handle these types of cases.
The police departments are untrustworthy.
Due to the confidentiality of the storage content, the value of the storage contents, and the complexity of

the financial frauds, thefts, loss, and environmental loss, the case(s) will be handled by Federal authorities.
· Complete the attached contents inventory worksheet providing information regarding the items stolen, have it notarized and return it to me. Note we allow the worksheet to be notarized so you do not have to provide receipts. We recognize that receipts can sometimes be difficult to locate.
***Please provide the following for the water claim:
Was the unit an interior or exterior unit?
The storage unit 60 was an exterior Drive up unit.

What floor was the unit located on?
 The storage unit 60 was located on the first floor.

How many floors are above your unit?
There were not any visible floors located above storage unit 60.

Was the unit a temperature controlled unit?
The storage unit 60 was not a climate temperature controlled unit.

Confirm the date of loss.
The confirmed date of total loss was October 29, 2017.

Confirm if there was water intrusion into the unit or if the damage was due to moisture/humidity/condensation in the unit. If there was water intrusion, what was the source of the water intrusion into the unit? Around a door or window? Under the wall? Through the roof? Through the floor? Was there damage to the exterior of the unit or to the roof? How did this occur? Was there a broken pipe? Where was the pipe located?
Based upon prior water drainage damage experiences, it is safe to say that as a result of the October 4, 2015 flooding, the entire storage unit 60 was a total loss.
The environmental damages via flooding at CubeSmart Storage was observed from the parking lot of the businesses that are located next door to CubeSmart Storage.
Was there water damage in any other units at the same time your unit suffered damage? How many?

The other units conditions are not applicable, irrevelent, and not known.
Did the facility make repairs? What type of repairs?
 The facility's repairs are not known.
DOCUMENTATION NEEDED:
· Provide photos keying in on the source of any water intrusion/leakage, where it entered the unit, and the extent of the damage.
The suspects are the CubeSmart Storage employees.
The CubeSmart Storage employees illegally defrauded the customer's account for the period of March 2015 through October 2015 as per their statement.
The CubeSmart Storage employees wrongfully prevented access inside of the main gate to get to the storage unit.
Complete the attached contents inventory worksheet, have it notarized and return it to me.
The value of the storage unit 60, value of $21,000,000,000 dollars, due to the volatility, hostility, abuses, dishonesty, and violence exhibited by the CubeSmart Storage employees.
Your assistance is appreciated and please do not hesitate to contact me should you have any questions. If sending the documentation by email please only provide as individual PDF files as this is the only format my claims system will accept.
I look forward to receiving the requested documentation in the near future so that I can review it along with the policy to complete my evaluation of the claim.

**Please confirm your receipt of this email.**
**Please call or email me should you have any questions.**
**Sincerely,**
**Ray Clolinger**
**Great American Insurance Group**
**P.O. Box 5432**
**Cincinnati, OH 45201-5432**
**Phone: 513-412-4308**
**Email:    HYPERLINK "mailto:jclolinger@gaic.com"    jclolinger@gaic.com**
**Fax: 513-768-5136**

CERTIFICATE OF SERVICE: October 2015 through January 2017
Conducted via Hand Delivery, Fax, and Postal Mail to CubeSmart Storage, 1339 Garner Lane, Columbia, South Carolina 29210.

/s/

Dr. Tressa R. Glover Parker, Ph.D.
Mailing Address: Post Office Box 2552, West Columbia, SC 29171

--- On Fri, 2/24/17, InvestigativeService <ReportFraud@gaig.com> wrote:
From: InvestigativeService <ReportFraud@gaig.com>
 Subject: Contact Information
To: "Glover, Tressa" <TressaRGlover@yahoo.com>
Date: Friday, February 24, 2017, 11:32 AM
Ms. Glover,
I see you have sent some items to this email inbox.
Can you please contact me at your earliest convenience at
513-369-5047?
I am unlikely to see any responses to this, so telephone
would be the best form of communication.
Regards,
Rick Lane | Investigative Services Analyst
American Financial Group | Investigative Services
513.369.5047 Office |513.369.7109 Fax
The content of this e-mail message and any attachments are
confidential and may be legally privileged, intended solely
for the addressee. If you are not the intended recipient, be
advised that any use, dissemination, distribution, or
copying of this e-mail is strictly prohibited. If you
receive this message in error, please notify the sender
 immediately by reply email and destroy the message and its
attachments.

2013 to the Present: CubeSmart Storage Manager Debbie Gunter, and spouse, Joseph Gunter - owner of Palmetto Check Cashing Business, SCE&G SCANA Computer Services employee, since their nephew Lanny Gunter's Federal imprisonment, has also caused the murders and imprisonments of several others including the immediate family members of those charged, etc. CubeSmart Storage Company Manager Debbie Gunter, her husband Lanny Gunter - a Federally convicted illegal bookie business owner, relative - city of Columbia Police Department Deputy Richard Gunter, her son Lanny Gunter - realtor of Taylor Realty, other relatives Brett Carswell Parker [caucasian race] - a Federally convicted illegal bookie business owner, Jack Parker - illegal bookie business owner and a life sentenced murderer of Tammy Carswell Parker, Otis Williams Culclasure, Jr. - a Federally convicted illegal bookie, Darlene Ott Culclasure - a state public schools employee Insurance Coordinator, Nancy Carswell - a state public schools Media Specialist, Otis Hutto Culclasure, Sr. - a state public schools Athletic Director, James Metts - a Federally sentenced state - county Sheriff of Lexington County Sheriff Department, South Carolina, Willie Lott Womble, Jr. - a sentenced state - county Deputy of Lexington County, South Carolina, his father convicted state - county Magistrate Judge Willie Womble - Richland County, Columbia, South Carolina, and sentenced Jesse John Moore - a sentenced state Department of Public Safety Public Columbia Metropolitan Airport/Highway Patrol Trooper, John Paul Johnson - Gaston, SC was charged with possession of a schedule IV narcotic for antipsychotic Clonazepam, possession of a schedule II narcotic for Vyvanse and possession of methamphetamine, Kayla Denean Martin - Lexington, SC was charged with possession of a schedule IV narcotic for antipsychotic Clonazepam without prescription, possession of a schedule II narcotic for Vyvanse and Xanex and possession of methamphetamine, Robert Joe McDaniel - Gaston was charged with possession of a schedule IV narcotic for Clonazepam, possession of a schedule II narcotic for Vyvanse and possession of methamphetamine, Christopher Travis Ussery - West Columbia, SC was charged with trafficking ICE and possession of a weapon during a violent crime, Katie Jumper Vinson - West Columbia, SC was charged with possession of a schedule IV narcotic for antipsychotic Clonazepam, possession of a schedule II narcotic for adhd and seizure medication Vyvanse without prescription, possession of methamphetamine and introduction of contraband into a jail facility, Justin Shane Whiteside - Lexington, SC was charged with possession of less than 28 grams of marijuana, Crystal Morehouse - sentenced state - county employee of the Lexington County, SC and her husband Charles Alton Morehouse - sentenced illegal drug trafficker, Candice Finley - arrested and charged with possession with intent to distribute a controlled substance and two counts of distribution of a controlled substance, Ashley Fite - arrested and charged with possession with intent to distribute a controlled substance and two counts of distribution of a controlled substance, Richard Pascoe Fisher and Christopher McGugan - were arrested and charged with possession of a controlled substance, John Day - Gaston, South Carolina arrested, Ana M. Marin Martin - state Lexington County Clerk of Court sentenced for thefts of $75,000 and embezzlement of public funds - Lexington, South Carolina, Rawls Farms - large Lexington County, South Carolina family farm that smuggled immigrants and employed hundreds of illegal Mexican immigrant workers, Gregory Leon - sentenced murderer and sentenced mexican restaurant owner that smuggled and employed illegal immigrants from several countries, Robert Yoakum and Susan Williams Yoakum - state public schools WC Coordinator/Finance Office employee, John Timothy "Mr. JT" Cannon - Batesburg Leevesville, Lexington County, South Carolina was convicted for conspiracy to possess with the intent to distribute 500 grams or more of cocaine and the resale of cocaine to other drug dealers, several convicted and sentenced Richland County Sheriff Department Sheriff Leon Lott, Jr. and convicted Richland County Sheriff Department Deputies - Valerie Gibson, William Bill Pegram, Randy Scott, Billy Hutto, Greg Whestone, William Bradley Clariday, Eddie West, Cedric Jacobs, Bobby Cohens, Maribel Crespo, Vivian Belton, Wanda Goodson, etc. - convicted and sentenced for tax frauds, identity thefts, malicious detainments, false arrests, and forgeries, convicted and sentenced SC Association of Criminal Defense Lawyers Executive Director Malicious Crimes Coordinator Teresa Charley Edmunds - dually employed as a state public schools Dutch Fork Elementary School Afternoon School Coordinator, pending convictions and sentencing of Lexington County Sheriff Bryan Jay Koon and several Deputies Harry VaShawn Grant, Nicholas Huffstetler, Michael Burke, William Tim Taylor, Shawn, Christopher, Angela, Gregory, Gwen, Brandon, and Steve Hallinguest, Derrick Thornton, Richard Gunter,

Christopher Gantt, convicted Marion Keller, Brenda Charley Keller, Sandra Moseley Keller, and convicted James Charley - state - city of Columbia Police Officer, Columbia, South Carolina, convicted deceased Brandon Goodson - Hopkins, South Carolina, convicted Maurice Keller - DHL, convicted Shannon Keller - CDC, Gwendolyn Keller, Charity Keller, Travis Keller, Trudi Keller, convicted William Allen Edwards - state - Augusta, Georgia Jail Guard, convicted Cherisse Givens Edwards - convicted CVS Pharmacy Technician, etc.

[BANKRUPT REPORT
Nicole Napier
Case:
14-10541-pmc
CH:
7
Filed:
January 31, 2014
Discharged:
May 01, 2014
Address:
3443 Green Rd Apt 2A Beachwood, OH 44122-4077
URL:
http://www.bankruptreport.com/oh/beachwood/napier-nicole-m
Bankruptcy:
Filed
- See more at: http://www.bankruptreport.com/oh/beachwood/napier-nicole-m#sthash.yFZ7O6KS.dpuf]

[See convicted felon incarcerated J. Ray Clolinger.]
Tom Maloney did not disclose, and refused to disclose the supervisor of Claim Representative J. Ray Clolinger.
[MALONEY THOMAS V. 'TOM' MALONEY, May 19, 1936 - January 29, 2015. Tom Maloney of ....establishing roots in Florida and Ohio. Immensely proud of his Irish heritage, he loved traveling to Ireland and was a loyal member of the West Side Irish American Club, where he enjoyed meeting up with friends. A Mass will celebrate Tom home on Friday, February 20, 2015 at 11 a.m. at St. Mary of the Falls Church in Olmsted Falls, OH. Contributions may be made in Tom's memory to the West Side Irish-American Club, 8559 Jennings Road, Olmsted Falls, 44138.]
Rob Burkholder is listed as the SVP of the Environmental Claims Division.
[Convicted Rapist Robert Burkholder
Reference the attached. IN THE COURT OF APPEALS OF OHIO
SIXTH APPELLATE DISTRICT
LUCAS COUNTY
State of Ohio Court of Appeals No. L-11-1216
Appellee Trial Court No. CR0201003021
v.
Robert Burkholder
General Info
Suspect First Name: ROBERT
Suspect Last Name: BURKHOLDER
Suspect Middle Name: T
Aliases:
Date of Birth: 12-16-1975 00:00:00
Arrest Date: 08-25-2011 00:00:00

Age: 38
Sex: Male
Race: White
Booking Date: 2011-08-25 00:00:00
Location: Toledo Correctional Institution
BUY FULL CRIMINAL REPORT
Robert Burkholder Charges
CHARGE #1
Case No: 8624649
Charge: RAPE
Degree: First
Overview
Robert Burkholder is a 38 year old White Male, who was arrested on August 25, 2011 in Lucas, Ohio.
Robert Burkholder had 2 charges that are described on left. And his total bond was set.]
[Convicted Priest Convicted Of Sex Abuse - Parker Waichman LLP
www.yourlawyer.com › Articles
Rev. Robert Burkholder, who was branded by prosecutors as one of the state's worst pedophiles for
allegedly ]
[Mugshots Online Robert Burkholder | Fort Lauderdale, FL
www.mugshotsonline.com/.../robert-burkholder/29216482
Robert Burkholder busted Fort Lauderdale, FL - 810.02-3(b) BURGLARY UNOCCUPIED DWELLING]

[Robert Burkholder's Bankruptcy Court Records
Court Name:   U.S. Bankruptcy Court Records for the District of South Carolina
Case Number:   16-05045-jw
Party Name:   Robert Michael Burkholder, Jr.
Filing Type:   Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Objection to Claim (with
passive hearing notice)]
Date Published:   March 17, 2017
Court Name:   U.S. Bankruptcy Court Records for the District of South Carolina
Case Number:   16-05045-jw
Party Name:   Robert Michael Burkholder, Jr.
Filing Type:   Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Confirming Chapter 13 Plan]
Date Published:   December 22, 2016
Court Name:   U.S. Bankruptcy Court Records for the District of South Carolina
Case Number:   16-05045-jw
Party Name:   Robert Michael Burkholder, Jr.
Filing Type:   Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Request for Order Confirming
Plan]
Date Published:   December 20, 2016
Court Name:   U.S. Bankruptcy Court Records for the District of South Carolina
Case Number:   16-05045-jw
Party Name:   Robert Michael Burkholder, Jr.
Filing Type:   Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [TO - CI Order And Continued
Confirmation Hearing (ADI)]
Date Published:   December 08, 2016
Court Name:   U.S. Bankruptcy Court Records for the District of South Carolina
Case Number:   16-05045-jw
Party Name:   Robert Michael Burkholder, Jr.
Filing Type:   Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Trustee Request For C-I Order
and Notice of Continued Confirmation Hearing]

Date Published: December 08, 2016
Court Name: U.S. Bankruptcy Court Records for the District of South Carolina
Case Number: 16-05045-jw
Party Name: Robert Michael Burkholder, Jr.
Filing Type: Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Certificate of Service]
Date Published: November 29, 2016
Court Name: U.S. Bankruptcy Court Records for the District of South Carolina
Case Number: 16-05045-jw
Party Name: Robert Michael Burkholder, Jr.
Filing Type: Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Settlement Order]
Date Published: October 03, 2016
Court Name: U.S. Bankruptcy Court Records for the District of South Carolina
Case Number: 16-05045-jw
Party Name: Robert Michael Burkholder, Jr.
Filing Type: Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Bankruptcy Form 121 SSN]
Date Published: October 03, 2016
Court Name: U.S. Bankruptcy Court Records for the District of South Carolina
Case Number: 16-05045-jw
Party Name: Robert Michael Burkholder, Jr.
Filing Type: Bankruptcy, Office: 2 Chapter: 13 Trustee: Wyman, James M. [Certificate of Credit Counseling]
Date Published: October 03, 2016
Source: https://ecf.scb.uscourts.gov/cgi-bin/DktRpt.pl?272247
[ELIZABETH BURKHOLDER Obituary
- See more at: http://m.legacy.com/obituaries/dailyadvocate/obituary.aspx?n=&pid=184624489&referrer=0&preview=True#sthash.Gtcd0M9J.dpuf]


Rick Lane | LinkedIn
LinkedIn › rick-lane-8a58875a




Rick Edward Lane | Obituaries | tribstar.com
www.tribstar.com › obituaries › rick-edw...
Jan 27, 2015 - Rick Edward Lane, 57, of West Terre Haute, passed away at 2: 50 p.m. Monday, Jan. 26, 2015
Rick Lane - Father of stabbing victim Brad - teen to adulthood on drugs speaks out - Cincinnati News, FOX19-WXIX TV
Fox19 › story › father-of-stabbing-vicit...
John LANE Obituary - Cincinnati, OII | The Cincinnati Enquirer
Legacy.com › obituaries › obituary › n=j...
Dec 18, 2011 - ... late Edna Lane, devoted father of John Lane, Jr., Rick Lane, Teresa Alexander, Angela Valentine, ...
Edna LANE Obituary - Cincinnati, Ohio | Legacy.com
Legacy.com › obituaries › name › edna-l...
LANEEdna, age 83, died April 17, 2011, Loving wife of John Lane, Sr., devoted mother of John Lane, Jr.,

Rick Lane, ..
Wednesday, March 1, 2017 Posted Position
(a). Associate Special Claims Investigative Analyst
(b). Claim Representative/Claim Assistant
Qualifications:
High School Diploma or equivalent, GED, Certificate, etc.
0 to 2 years of related experience

Versus List of Criminal Defendants, also known as Respondents
CubeSmart Storage, 1339 Garner Lane-Richland County, Columbia, South Carolina 29210
formerly known as American Storage, 1339 Garner Lane, Richland County, Columbia, SC 29210
Debbie Gunter–General Manager-Richland County-South Carolina
Debbie Gunter-General Manager-Lexington County-South Carolina
Debbie Gunter-General Manager-City of Columbia-South Carolina
Kenny Davis-Manager
Andy Greer-General Manager
Jose Negron-District Manager–Philadelphia, Pa.
American Storage/CubeSmart Storage, 5 Lancaster Road, Malvern, Pa. 19355
Bob Bader Insurance Company entirely - December 21, 2013 - December 23, 2013
8425 Woodfield Crossing Blvd., Suite 200
Indianapolis, IN 46240

Great American Insurance Company entirely - December 2013 - November 2015
Great American Insurance Group Tower
Property & Casualty Group
301 E Fourth Street
Cincinnati, OH 45202
Jessie LeMasters - Personnel Director
Nicole Napier
Tom Maloney
Rick Lane
Joseph Anderson
J. Ray Clolinger

American Financial Group
301 E. 4th Street
Cincinnati, OH 45202
513 579 2121
Investor Relations
301 E. 4th Street
Cincinnati, OH 45202

American Financial Group
Audit Committee
c/o Investigative Services
49 E. Fourth Street
Cincinnati, OH 45202
American Stock Transfer & Trust Company
Shareholder Services
59 Maiden Lane
NY, NY 10038
American Stock Transfer and Trust Company
6201 15th Ave, Brooklyn, NY
11219

New Jersey State Prosecutor - Office Manager James Hunter, Sr.
New York Medical Internist Andrew DeLeon Hunter, Jr. - Brooklyn, NY
New York State Attorney General Eric Schneidermann
New York State Department of Financial Services

New York City Mayor William Bill deBlasio
New York Governor Andrew Cuomo
New York State/City Executive Director of Personnel Samuel Bernard Berry violent and abusive international drug kingpin, murdered 1993 by international mafia - native of Bowman, SC [Bethea Funeral Home - Bobby and Christina Bethea, Orangeburg, South Carolina]

defunct multi convicted South Carolina Department of Insurance - myriad of insurance identity, frauds, forgeries, and thefts, bank frauds, bank secrecy violations, illegal drug bribed healthcare certifications of substandard hospitals and facilities, etc.

Andrew Cuomo, Niki Haley, Michael Haley, Henry, convicted George, convicted Joseph, and convicted Frank McMaster, convicted impeached Mark Sandford, etc.

AmStock - American Stock Transfer
59 Maiden Lane
New York, New York


Andy Gunn - Albemarle Chemical Manufacturing Co.

William Gunn - SC Budget and Control Agency, Columbia, SC

Michael Gunn - Forge Insurance Consulting LLC - advertises justice attorneys, structured settlements, and a myriad of other bizarre businesses

contact us

New York
59 Maiden Lane Floor 6 • New York, NY 10038 - SAME BUILDING AS AMSTOCK
Phone 866-683-6743• Fax 706-856-2537

South Carolina
1122 Lady Street Suite 705 • Columbia, SC 29201 - SAME OFFICE AS LOBBYIST FOR SC SELF STORAGE ASSOCIATION
Phone 803-233-3666 • Fax 803-233-3100


New York
641 Delaware Avenue Suite 215 • Buffalo, NY 14202
Phone 866-683-6743• Fax 706-856-2537

Georgia
11 Depot Street • Hartwell, Georgia 30643
Phone 706-856-2535 • Fax 706-856-2537

3350 Riverwood Pkwy Suite GL28 • Atlanta, Georgia 30339
Phone 678-916-4166 • Fax 706-856-2537

Alabama
7020 Fain Park Dr Ste 1 • Montgomery, AL 36117
Phone 334-464-0067 • Fax 706-856-2537

**District of Columbia**
1101 Pennsylvania Ave NW Suite 600 • Washington, DC 20004
Phone 202-552-0017 • Fax 706-856-2537

**Mississippi**
751 Avignon Drive Suite F • Ridgeland, MS 39157
Phone 601-605-9740 • Fax 706-856-2537

multi convicted Henry Dargan McMaster, etc. - aiding and abetting pharmaceutical homicides - murder suicides via multiple pharmaceutical companies, including NorthStar, Amneal, Pfizer, Camber, Avistan, Janseen also known as Johnson and Johnson, etc., and removed Abbott Pharmaceutical medication(s) from the market without cause, etc. Three convicted and sentenced McMaster brothers, disgusting professional criminals with burglary charges, drug and narcotics charges, gun charges, DUI charges, harassment charges, assault charges, etc. - Joseph, Frank, and George McMaster.

Charles, Henry, Margaret, and Agnes Glover Berry - Albemarle Chemical Company
Anne Haydel, Donald and Eugene Walter
Orene Cleckley Irick
Jacqueline Jamison Irick
LaGuardia Jamison
Lawrence Allen Larry Brick Irick
Janelle Middleton Mitchell
Maurice Mitchell
Cory Berry - DOL Credit Union Loan Manager
Camy Berry - First Union Bank, Blue Cross Blue Shield
Roosevelt Berry - Self Employed Electrician
Tiffany, Eddie, Brandon, Candance, Vincent, Thomas, Shirley, James and Rita Berry Haigler
Darrell and Willie Mae Jackson
Pam, Pat, Freeman, Christopher, Derrick, Britteney, and Kela Evans Thomas
Josephine and Brantley Evans
Whilamenia and Wendell Davis
Matt, Bill, Tim and Brianne Timmerman
Sandylynn Kammer
William Bill Hodge
Carole and S. Cochran
Karen Couchenoughor
Misty Stathos
Milton Weight
Christopher Spearman
David Strawhorne
Jerry and LaWanda Govan
Bradley and Theresa McPherson Hutto
Robert, Clint, and Melanie Pittman Wactor
Melvin Smoak, Tommy Brown, Mary Watson Brown, Jerome, Jared, Jeremy, Deborah, and Chenae Gamble, Frank Douglas, David Norman, Deborah Watson Norman, Johnny Watson, Elaine Alexander, Mary Watkins Brown, Eric and Angela Ham, Walter Tobin, Irene, Henry Hank, and Janice McCollum
Bernie and Sabrina Wright

Nancy Smoak Harrison
Delores Smoak
James and John Smith
David Quinn
Russell, Rodney, Cathy, Martha and Bridgette Heyward Zimmerman
Deidre and Robert Heyward Watts
Gilda Cobb Abraham Hunter
John and Geraldine Matthews
Rhonda Fields
Zachary Weeks, Nikko Norris - Sam's Club Managers
Reverend Sam and Saundrea Glover, Jr.
Kenny and Pandora Jones Glover
Kendra, Issac and Vivian Ross Bennett
Sylvia Green, Willie, James, and Priscilla Glover Robinson
Shawn and Steve Hallingquest
Georgia sentenced Joel Perrin Glover Robinson - Orangeburg, South Carolina
New York Police Officer Sentenced Merlin Alston - directly assisted, aided and abetted drug dealers - native of South Carolina, North Carolina
New York State Senator Sentenced Larry Seabrook - Kelly Seabrook - defunct Johnson Toal and Battiste Law Firm; Gloria Seabrook - defunct Claflin University; Silas Seabrook - USDA FmHA Supv. - Calhoun County, St. Matthews, SC
New York State Health and Human Services  Convicted Brantley Stokes - native of Orangeburg, South Carolina - father, Willie Nez Stokes - South Carolina Department of Social Services Supervisor/Deborah Johnson Frederick/Tina Johnson McDowell/Eddie and Annette Mack Johnson/Harold Williams/Suzanne Hawkins, mother, Ola Stokes - Daycare Operator
Life Sentenced Murderer Sammy Stokes  - Orangeburg County hired murderer and CDV convicted felon directly aided and abetted by his family of civilian, state, and security police, ie OCSD John, OCSD Christopher, OCSD Donald, OCSD Ronald, and OCSD John Stokes, nursing home owners, MD, OCSD Saundra, Marion, and Sandra Kirkland Shuler, OCSD Lovell Brothers, OCSD Leroy Ravanell, etc., of Orangeburg, South Carolina, etc.
New York Sentenced Bernard Bernie Madoff - Several Victims from South Carolina
Convicted and Sentenced John and Hazel Rickenbacker
Convicted and Sentenced Megan, Bobby and Tara Danner Rivers
Jacob, Gloria, and Jaloria Pinckney Heatley -  Primerica Insurance
Sentenced Joseph McMaster
Sentenced Frank McMaster
Sentenced George McMaster
Henry Dargan McMaster, Niki Haley, Michael Haley, Michael Biediger, Donna Howard, etc.
Sentenced Mark Plowden
Sentenced Jean Toal
Sentenced Andrae Bauer
William Bill Toal, Thomas Dandridge, George Zara, Ryan Hall, Antionne Berry, Doris Frederick
Sentenced James Clyburn, Charles Beamon, John Singerling, Vince Ford, Tracy Cooper
Sentenced Emily English Clyburn
Mignun Clyburn
Sam Waters, Sr.
Sam Waters, Jr.
Laurence Larry McWhorter
Sally Atkins
Andrea Pope Roache
Andrea Eaton White

William Ken Eaton
Anil Juneja, Alberto Gonzales, and Donna Schwartz-Watts, O.E. Davie and Jan Burdorph, Joseph, Sky and Frederick Strickland, Martin Banks
Gary Watts - Richland County Coroner
Jeff Naylor
April and Travis Vance
John, Marion, Marcy, Charlie and Cecil Moore
Robert Bogan
James, John, Jim, Ann, Marcy, and Edward McClean
Cyndey, Johnathan, and Robert Milling
Lindsey, Karen, Charles, David, and Johnathan Williams
Sharon Slaughter Williams
Stephanie and Richard Zahn
Michael, Gwendolyn, and Terensa Carter Brunson Bartley
Nathan, John and Leon Brunson
Adrian and Mark Green
Kevin Legree
Herman and Bernard Washington
LaTonya Germany
Stephanie Bodrick/Boderick
Christopher and Valarie Bodrick/Boderick Pitts
Jacqueline Bodrick/Boderick Vogt Inabinette
Cassandra Howell Jenkins
Rosalind Howell Jenkins
Chris Hallingquest
Miriam Scalise Williams
Dianne and Arnold Shaffer Goldstein
Minda Andrews Hunter
George Hunter
Charles Hunter
Mary Margaret Green Parker Kimpson Gardner
CPD Maron, Camella, Sylvester, Mark, and Marsha Carson Kelly
Randall Drye
Theodore Faber
Thomas Anderson
Karen Phillips
Pam Phillips
John Phillips Jim, Jane, W.D., and Rand Phillips
Phillip Baldwin
Palmetto Richland Memorial Hospital
Palmetto Baptist Hospital
Robert, Rick, Nancy, and Ann Bunch
Alden Sweatman
Ashley and F. R. Lancaster
Dalton Prickette
Matthew Prickette
Furman Reeves, Lawrence and Marion Gressette
Thomas Culclasure
Chad Rubin
Jennifer Rubin
Christopher Isgette

Harris, Sentenced Brett, and Sentenced Jack Parker
Andrew Ross Glover, Sr.
Sentenced Tony, Tommie, Myrtle, CCSD Chris, Karen, and Brenda Connelley Kinard
Enoch, Jerome, Furman, and Charles Jenkins/Andrew Ross Glover, Sr./Andrew Daryl Glover,
Jr./Antoinette Johnson Glover/convicted James Poppa Johnson/Renie, Randy, and convicted Larry
Williams/Dr. Marion and Deborah/Milton, Bernie, Joseph,Ethel, Marcellus, and Denver Wright
Funderburk, Jamie Kirk Hahn, Nation Hahn/Joseph Paul Glover, Sr./LCSD Joseph Whistle Glover, Jr./CCSD
_ Headden/Jonie and Steve Headden Whisenhunt/Lee Whisenhunt/Deidre, Y. Avis, Antonio, Sharhonda,
and Carolyn Irick/Brian Jeffries/Michael Witherspoon
 South Carolina Oncology Center Dr.Phillip Baldwin, Dr. Weathers, Dr. Mary Ackerman/Lauren, Andrea,
and Lora Able Fogle/Cynthia, Shellie, Greg, and Michael Ackerman/Holly and Suzette Scaturo/Frank,
James and John Waited/Jacqueline Shealy Farmer Clark/William Bill Clark/Katrina Shealy/John
Yow/John Singh/Cindy Yow/Anil Juneja/Alberto Gonzales/Donna Schwartz Watts/Richland County
Coroner Gary Watts/Convicted Orangeburg Coroner Paul Simmons, David Pascoe, Kristen Kemmerlin
Pascoe, Linda Kemmerlin Bryant, James Jimmy Williams, Barney Houser, Christopher Isgette, Mary
Houser Binnicker, Jimmy Binnicker/Convicted Orangeburg Coroners Michael Bartley, Sean Fogle and
Samuetta Shuler Marshall/Calhoun County Coroners Aileen Heatley Floyd, Thomas, Steve, Vickie and
David Summers, Walter and Rose Bailey, Kathleen Bryant, David Morrison, and Donnie Porter/Lexington
County Coroners Harry Harman, John Ross and Margaret Fisher, Dr. Joseph Wright, Dr. "Miles"-fake
name -
Mitchell Feinman
Terell Stone
 Patricia Zimmerman McClerklin
The Regional Medical Center Dr. Chris Brunson, Dr. James Wells, Dr. Mitchell Feinman, Dr. Mohammed
Nassri, Dr. Phillip Baldwin, Pharmacists Dr. Kalu Kalu, Dr. Patti Horger, etc., the TRMC H. Mabry Cancer
Center Dr. Chris Brunson, Pharmacist Dr. Faye Bull, etc., and the South Carolina Oncology Center Dr.
Phillip Baldwin, Dr. Weathers, Dr. Mary Ackerman/Lauren, Andrea and Lora Fogle/Cynthia, Shellie, Greg,
and Michael Ackerman, Dr. Joseph Wright, Dr. "Miles"-fake name/Dr. Donna Schwartz Watts/Richland
County Coroner Gary Watts/Dr. Anil Juneja/Rogers, Stephanie and George Corley, etc.
Andrew DeLeon Hunter, Sr.
Andrew DeLeon Hunter, Jr.
James Hunter, Jr.
Kenneth Hunter
Robert Hunter
George Hunter, Jr.
George Hunter, III
Tiffany Hunter
Rick Anderson
Beverly Hunter Anderson
Carole Green Hunter
Kelly Hunter
Veterans Administrations
Thaddeus Miles
Carol Hunter Snyder
Debra Cooper
Henry Hunter, Sr.
Henry Hunter, Jr.
Anthony Tony Walker
Daniel Walker
Autumn Montague Hunter
Carol Gainey

Larry Gainey
Theresa Fox
Michael Fox
Chuck Gladheart
Michael Etheridge
Billy Etheridge
Angie Etheridge
Ben "Williams"
Kenneth Hasty
Convicted Kim Robinson
Gene Bull Hasty
Donald Miles
Kenneth Poindexter
Arlette Bull Poindexter
Handy Miles, Jr.
Ronald Whitehead
Joe Holmes
Thurmond Jamison
Convicted Laurie Jamison
Convicted Linda Shivers Jamison Grant
Harry Grant, Sr.
 RCSD Thomas Grant
CPD Tony Grant
Steve Benjamin
Lloyd Benjamin
Leila Garner Benjamin
Life Sentenced Leonard Garner
Betty Lou Garner Bovain
DeAndrea Gist Benjamin
Sentenced Tristan Gist
Sentenced Donald Gist - handful of fraud and theft charges, one count of burglary and multiple drug
charges, served one year in prison for the drug charge
Sentenced Arthur Givens - Charlotte, North Carolina - murdered Donald Gist, several prior breaking and
entering charges, multiple narcotics possession with the intent to distribute charges, several assault
charges - including three this year alone - and multiple stints in prison
Sentenced Edward Givens - SCSU, Orangeburg, South Carolina
New York Sentenced Eric Givens - Amtrak Police, New York
Nathan Williams
former Eastover PD Willie Harrelson - Marshal Agent
John Williams
Teresa Wilson
Steve Gantt
Jamie Best
Adam Brady
Nancy Spiros Brady
Rodney Spiros
Annie and Lillie Brady
Chelsea Colter/Coulter
Mitchell Colter/Coulter
Amy Jenkins Williams
Shayla Jenkins

Maxwell Jenkins
Ruby Jenkins
Marilyn Scott Amaker
James Amaker
Melissa Amaker Morgan Smalls
Michael Smalls
Jenkins Funeral Home - Rosalind, Charles, Jerome, Amanda, Furman, Mary, and drug kingpin Bernard
Irick Jenkins
William Brady
Sharhonda Irick
Lavottis Avis Irick
Antonio Irick
Deidre Irick
Carolyn Irick
Akeelah Renee Johnson
Julius Thomas
Calvin Johnson
Marion Boyd
Vernita Phillips Guess
Edward Robinson
Miriam Boyd
Willie Owens
Sentenced Leon Felder, Sr.
Sentenced Leon Felder, Jr.
Convicted Larry Felder
OCSD Jerome Felder
Sentenced Johnathan Pinson
Pamela Pinson
Sharon Hunter
Minda Annise Hunter
Malaka Hunter
Stephanie Ellis Banks - Orlando, Florida, Lexington, SC, Memphis, TN
Major William Banks
Eddie Lee Colter, Jr.
Julia Abraham Colter
Loretta Abraham Colter
Sohn Monique Preston Colter
Ruby Spigner Heatley Preston
Jeanna Spigner Brunson
Sentenced Clint Brunson
Sentenced Chandra Brooks Spigner
Freddie Brooks
Tim Spigner
Jennifer Metts Sullivan
Sentenced Albert Dwayne Metts
Clinton Metts
Wendy Metts Blevins
Michelle Foxworth
Danny Foxworth
Leah Foxworth
Cindy Lynch

Stacey Lynch Hewson
Virginia Ott
Susan Ott
Lindsey Graham
Reginald Lloyd, Sentenced Pristine, Julia and Shameik Lloyd, Sentenced Cherrell Bovain
Convicted Joe Wilson and Alan Wilson
Convicted Kelvin Washington - Richland County Council Chairman, SC DOT Manager
Torey Rush - Richland County Council Chairman
Darci Strickland Rush - WLTX 19 News Journalist
Warren Harley - Richland County Assistant Administrator, City of Orangeburg Assistant Administrator, United Way Manager, Municipal Association Lobbyist
Venyke Free Harley - Orangeburg County Assistant Director of Personnel, Orangeburg County Director of Personnel
Todd Rutherford
Jerry and Earnest Finney
I.S. Leevy Johnson, Ruby Johnson, Cassandra Sandy Sims, Barbara Johnson Williams
Amanda Watson Jenkins, Shelia and Anthony Watson, Jerome Jenkins, Ingrid Williams, Zenobia Houser Jenkins Williams, Cynthia, Emmanuel, Frank and Sylnovia Houser Parker, Edith Watson Canzater, Issac Canzater, Eloise Shuler Guinyard, Abraham, Abram, Alphonso, and Alonzo Shuler, Virgil Jacobs, Sinclair Holback - Albemarle Chemical Company, James Holback, Sr. - Albemarle Chemical Company, James Thompson Holback, Jr., OCSD Ruthie Thompson, Dee Thompson Holback, Judy Thompson, Linda Thompson, Margaret Berry Thompson, Jacob and Ella Gillen, Margaret Banks, Joe Banks, Lana and Thomas Gillen Williams
TRMC Brenda Williams, Claflin Univ. Cecil Williams, OCSD5 Barbara Johnson Williams, OCSD5 Gregory Ezekiel Carson
TRMC Howard and CCPS Paulette Harrison
Sentenced John and Cynthia Caldwell Brown, Janice Larrymore Fairnot, Shawn Larrymore, Calvin and Joe Jackson, Isaih and Octavia Holman, Wesley and Annie Brown, Patricia and Eric Brown Haynes
Sentenced Johnathan and Ruby Edwards
FedEx Kinko's - Ray Anthony Lyerly, Ray Boobie Pumpkin Lyerly, Cheyenne Alston Lyerly, James Alston - Manager
RRD Printing Company - James Alston
Office Max, Office Depot - Keisha, Shirley, Thomas, James, Trudi, and Rita Berry Haigler, Joan and Marcy Haigler Rawls, Margaret Haigler Rawls Jackson, CCSD/LCSD Harry VaShawn Grant
Office Max, Office Depot - Louis Donaldson, Jr., Louis Donaldson, Sr.
Sentenced Dana, Dina, Barbara, and Jacobi Ross - Office Max, Office Depot, BB&T
Sharon Buckman Mack, Cynthia Buckman, Cathy Green Buckman, Andrew Buckman - State Credit Union, Fersner's Five and Dime
Anthony Reynolds, Angie Kinsey, Chris Williams, Tammy Farmer/Jacqueline and William Bill Clark, Walter Caine - State Credit Union, OCSD5, OCSD, Citi/TM, ODPS
Calandra, Bakari, Cleveland, Gwendolyn, Ruth, and Francis Sellers, Evert Comer, Louis Donaldson, Sr., ODPS Latisha and OCSD John Cokley - Wells Fargo, JP Strom, SC LED
Christine and Bruce Hollar - Orangeburg Printing and Albemarle Chemical Company
Staples Copy Center - Truick, City of Columbia Police Department
Minuteman Press - Linda and David Fink Thomas, Shannon Mitchell Pauling, Susan Fink Mitchell
Ashleigh Keven Hodge, Jacqueline Hodge, Ashley Hodge
Sentenced disbarred Richard J. Breibart
Sentenced Larry Williams
Sentenced James Poppa Johnson
Sentenced Ivy Della Walters, Darnell Brown, John Matthews, Charles and Chris Berry
Sentenced Michael Yant, Elijah

Diane von Furstenberg

Lou Ella, Roscoe, Roger, Hyrett and Linda Gladden Cleckley

LaViesha Frazier Phelps, Mary, Nathaniel, Chris, Reginald, and Wanda Frazier Rhodes, April Simmons Gilmore Dix, Elton and Taphnie Berry Sanders, Olivia Glover Simmons, Agnes Glover Berry, Larry Berry, Sentenced Shirley Elaine Berry, Sentenced Terrance Berry Johnson

Copy Pick Up -United States District Court's Contracted Printer, University of South Carolina's Contracted Text Books, Answer Keys, Test Materials, Manuals, etc. Printer, Rental Properties, Laundromats - Millwood Avenue, Columbia, South Carolina - Marion Stoudemire, with son-in-law formerly of Time Warner Cable Company, etc., True Green Lawn Care Ser.

Ms. Tressa R. Glover Parker, Ph.D.
Post Office Box 2552
West Columbia, SC 29171


United States Attorneys Office for the Southern District of New York
Honorable United States Attorney Preet Singh Bharara, via Honorable AUSA Hilary Nabhan
Honorable AUSA Daniel Goldman
Honorable AUSA Karl Metzner
Honorable AUSA Daniel Richenthal
Honorable AUSA Brendan McGuire
Honorable AUSA Nicholas Lewin
Honorable AUSA Elie Honig, Director of the New Jersey Department of Criminal Justice
Honorable AUSA Heidi Wendel, United States District Court Judge
Honorable AUSA William Peachey, United States Department of Justice, Washington, D.C.

United States Attorneys Office for New Jersey
Honorable United States Attorney Paul Fishman
Honorable AUSA Barbara Ward

United States Attorneys Offices of Ohio
Honorable United States Federal Law Enforcement Coordinator Fred Alverson

United States Attorneys Offices of Pennsylvania
Honorable United States Attorney Zane Memeger, Morgan Lewis Law Firm

United States Department of Probation, Pardon, and Parole Director Dickey Brunson
Strom Thurmond Federal Building, 12th Floor
Columbia, South Carolina 29201

Honorable United States Attorney General Jeffrey Sessions, Alabama U.S. Congressman
Honorable United States Assistant Attorney General Scott Schools, California United States Attorney
Honorable United States Marshal Service Assistant Director Mr. Kevin Riley
United States Department of Justice Headquarters
Office of Professional Responsibility
Washington, D.C.

United States Marshal Service Director Mr. Kelvin Washington, Columbia, SC

United States Department of Defense Secretary Mr. Leon Panetta, California U.S. Congressman

United States Central Intelligence Agency Director Mr. Leon Panetta, California U.S. Congressman

United States Veterans Administration Secretary Mr. Eric Shineski

A. R. Parker Jr., PHR, POA

**Ship To:**

Jessie LeMasters, HR Director, Great American Insurance
301 East Fourth Street, 24th Floor

CINCINNATI, OH 45202

**Details:**

USPS Priority Flat-Rate
Date/Time:        5/17/2017 1:03:10 PM
[User Defined]:
Package ID:      15459
Shipment ID:     15256
Tracking Number: 94055 0200828402633147
Weight(MHN WT):  0 LB 0.0 OZ
Rating Weight:   0 LB 0.0 OZ
Dimensions:      0.00 x 0.00 x 0.00
Declared Value:  $0.00

Contents:

**Charges:**

Shipping:                    8.25

DOWNTOWN STA
719 W MAIN
LEXINGTON, SC 29071-9997

05/25/2017                    01:52:44 PM

Track & Confirm Delivery Status

You entered 9405 5102 0082 8402 6331
47

DELIVERED, LEFT WITH INDIVIDUAL,
CINCINNATI, OH 45202, May 19, 2017,
11:05 am.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Thanks.
It's a pleasure to serve you.

Bank of America, N.A.
SAN ANTONIO, TX

— — Personal Money Order - Credit Copy

No. 1107500802

30-1/1140
NTX

Date 03/18/15 09:19:34 AM

Void After 90 Days

Pay  BANK OF AMERICA G-500 ...CTSCTS

***$65.00

To The Order Of  American Storay / Cabinat #60

Not Valid Over $1,000

0007   7070100   0015

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

Credit Copy
Non-Negotiable

⑈110750080 2⑈  ⑈540750108⑈  001641000306⑈

www.bankofamerica.com          www.bankofamerica.com

015965513

Seq: 17
Batch: 990557
Date: 03/18/15

Seq:00017 03/18/15
BAT:990557 CC:0957070100

Tran 00015   03/18/2015 - 09:20   N9C

WT:01 LTPS:Atlanta ET
EC:Plazz EC CCJ 245

R/T#     CC 7070100  Tlr 00007
Account   000000000000
Document # 1107500802
Money Order Sale         $65.00
CKC#SC#############      03/19

Bank of America

Personal Money Order

No. 1107500802

Bank of America, N.A.
SAN ANTONIO, TX

Void After 90 Days

30-1/1140
NTX

Date 03/18/15 09:19:34 AM

Pay  BANK OF AMERICA G-500 ...CTSCTS

***$65.00

To The Order Of  American Storage, Unit 60

Not Valid Over $1,000

0007   7070100   0015

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

Signature of Purchaser (Drawer)
DR. TRESSA R. GLOVER
Name of Purchaser (Drawer)

Address                    City, State, Zip

⑈110750080 2⑈  ⑈114000019⑈  001641000306⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. • HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. •

https://webimageviewer.bankofamerica.com/VirtualViewerJavaHTML5/resources/print.html   4/4/2016



015965513

**Bank of America**

Personal Money Order

No. 0851700598

Bank of America, N.A.
SAN ANTONIO, TX
Date 04/17/15 02:01:26 PM

Void After 90 Days

30-14/1180
NTX

Pay

BANK OF
AMERICA CTSC15

$65.00

***$65.00

To The
Order Of *American Storage*

Not Valid Over $1,000

Signature of Purchaser (Drawer)
TRESSIA R. GLOVER - PARKER

0005    7800000    0016    LEXINGTON WEST MAIN

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

Name of Purchaser (Drawer)
Unit # 60

Address                                    City, State, Zip

⑈0851700598⑈ ⑆114000019⑆ 0016410003061⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■ * HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

www.bankofamerica.com
016669030

Seq: 18
Batch: 216629
Date: 04/20/15

Seq:00018 04/20/15
BAT:216629 CC:0957070700
#:01 CIPS:Atlanta GA Atlanta Open
RC:Cooper Square RC 0710715

**Bank of America** 〉〉〉 | Personal Money Order | No. 0925200957

Bank of America, N.A.
SAN ANTONIO, TX
Date 05/13/15 11:03:09 AM

Void After 90 Days

30-1/1140
NTX

Pay 〉〉〉 BANK OF AMERICA **G-00** CTSCTS ***$65.00

To The Order Of _Cubesmart/American Storage #60_

Not Valid Over $1,000

Signature of Purchaser (Drawer) DR. TRESSA R GLOVER-PREESE

0009  7072300  0035  ST ANDREWS

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

Name of Purchaser (Drawer) 3378 EDVMbrook Dr. Clark 23223
Address                City, State, Zip

⑈0925200957⑈ ⑆114000019⑆ 00164100030⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS ■

018451451

Seq: 131
Batch: 282337
Date: 05/18/15

PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
American Storage #6428
334037086240

Seq:00131 05/18-15
BAT:282337 C3 83:18:19133
MT:D1 LTPS:Atlanta 1
BC St. Andrews R G 1 ...

**Bank of America** 🇺🇸 | Personal Money Order | No. 0791702108

Bank of America, N.A.
SAN ANTONIO, TX
Date 06/22/15 09:04:42 AM

Void After 90 Days

30-1/1140
NTX

Pay
To The
Order Of _American Storey #60_

BANK OF AMERICA $65.00 CTSCTS

***$65.00

Not Valid Over $1,000

Signature of purchaser (drawer)

0003   7070700   0122   DUTCH SQUARE

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

Purchaser (Drawer)

Address   City, State, Zip

⑈0791702108⑈ ⑆114000019⑆ 00164 1000306⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

021837746

www.bankofamerica.com

Seq: 24
Batch: 586735
Date: 06/23/15

Seq:00024 06/23/15
BAT:586735 CC:0017070700
DUTCH SQUARE
NC Dutch Square NC SC3 711

**Bank of America**        Personal Money Order      No. 1107501084

Bank of America, N.A.
SAN ANTONIO, TX      Void After 90 Days      30-1/1140
Date   07/22/15 09:07:42 AM      NTX

Pay    BANK OF 7-00      ***$75.00
AMERICA   CTSCIS

To The
Order Of   *American Horse, Ark Inc A #100*

Not Valid Over $1,000      Dr. Teresa R Glover-Prier

0009   7070100    0010    Name of Purchaser (Drawer)

Bank of America is not liable for lost or stolen Money Orders. For your protection
against loss or theft, sign and complete this Money Order as soon as possible.      3318 Cairn Brook Dr., Cola, SC
         Address        City, State, Zip   29210

⑈1107501084⑈ ⑉114000019⑉ 00164100030⑊

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■ ● HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ● ■

---

023731784

Seq: 81
Batch: 681963
Date: 07/23/15

Seq 00381 07/23/15
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
American Storage #61-36
33407006230

**Bank of America**

Personal Money Order

No. 0892902169

Bank of America, N.A.
SAN ANTONIO, TX
Date  08/21/15 09:20:01 AM

Void After 90 Days

30-1/1140
NTX

Pay

BANK OF
AMERICA  75-00 DLRCTSCTS

***$75.00

To The
Order Of  *American Storage / Cole Street #60*

Not Valid Over $1,000

0004    7071200    0013    POLO ROAD

Bank of America is not liable for lost or stolen Money Orders. For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

Signature of Purchaser (Drawer)
JR. TRESAR. Glover ParkerBanks
Name of Purchaser (Drawer)
3518 Combrook Dr., Colo. SC 29118
Address            City, State, Zip

⑈089290 2169⑈ ⑆114000019⑆ 0016410003 06⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■ ˅ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

023647775

Seq: 36
Batch: 538755
Date: 08/24/15

www.bankofamerica.com

ENDORSE CHECK HERE
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
American Storage #6408
5340570062201

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITARY BANK ENDORSEMENT

SEQ:00038 08/24/15
BAT:538755 CC:0957079790 nenpa.com
WT:01 TPS:Atlanta ET
EC:Dutch Square BC Ext 311

www.bankofamerica.com          www.bankofamerica.com

Dr. Tressa L. Glover (Banks, formerly Parker)
3518 Railroad Drive
Columbia, S.C. 29210

9/09/2015

15-3/540
134

Pay to the Order of: American Storage / Cube Smart          $ 75.00

Seventy-five                                                 Dollars

**PNC BANK**
PNC Bank, N.A.   040

For Unit #60 September 2015

Dr. Tressa L. Glover
Banks, formerly Parker

⑈054000030⑈ 534149385449

Bank statement showing negotiated items
was successful is attached for the
September 9, 2015 payment.

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 09/04/2015 to 09/28/20**
TRESSA R GLOVER
Primary account number:
Page 4 of 5

## Check Images



$75.00      09/24/2015

With PNC Online Banking, you can view, print and save up to the most recent 90 days of your canceled checks - front and back - F
charge. Please contact us for additional options.

As of 10/15/2015,
October 15, 2015
check had not
been presented
to the bank.

TAX DEDUCTIBLE ITEM → $

10/15/2015

15-3/540
134

**PNCBANK**
PNC Bank, N.A.   040
October 2015

NOT NEGOTIABLE

TAX DEDUCTIBLE ITEM → $

10/15/2015

15-3/540
134

**PNCBANK**
PNC Bank, N.A.   040
#60, October 2015

⑆05400003⑆ 534149385 4⑈

NOT NEGOTIABLE

The original check written
for the October 2015
storage payment is
still in the possession
of Culpsmart - Columbus?

The copy of the checks
receipt was provided.

_____

Criminal Defendants and Respondents:

Great American Insurance Company, Corporate Headquarters, Cincinnati, Ohio 45202

Great American Insurance Group Tower, 301 E. Fourth St., Cincinnati, Ohio 45202

American Financial Group, 301 E. Fourth St., Cincinnati, OH 45202

American Stock Transfer Company,  110 Wall St, New York, NY 10005

Amerian Stock Transfer Company, 6201 15th Avenue, Brooklyn, NY 11219

Mr. Martin Gerard Flanigan, President & CEO

Mr. George Karfunkel, Founder

Mr. Robert M. Carney Sr., Chief Operating Officer

Mr. Alexander T. Leventhal,  Executive Vice President of AST Corporate Services and President of Donlin, Recano & Company, Inc

Mr. David H. Brill, Executive Vice President and General Counsel

Cube Smart Storage Manager Debbie Gunter - 1339 Garner Lane, Columbia, SC 29210

Palmetto Check Cashing Company owner - Joseph Gunter - SCE&G SCANA Comp. Ser., Cayce, SC

Insurance Company owner - Brenda Gunter - Railroad Avenue, city of Lexington, SC 29072

etc.