# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Dr. Tressa R. Glover
     Plaintiff,

                              Case Number: 1:18-cv-515

              vs

                           (Dlott)

Great American Insurance Company
Of Cincinnati, OH, et al.,

## JUDGMENT IN A CIVIL CASE

       **Jury Verdict.**       This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.**     This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**  The Court does determine that [5] Report and Recommendation should be adopted. Accordingly, plaintiff's complaint is DISMISSED with prejudice.

August 17, 2018

                                   Richard W. Nagel, Clerk of Court

                                 By  s/Jennifer Webster
                                     Deputy Clerk